AO 245C (Mod. D/NJ 12/06) Sheet 1 - Amended Judgment in a Criminal Case

# UNITED STATES DISTRICT COURT
## District of New Jersey

UNITED STATES OF AMERICA

    v.                                Case Number    13-8080(MCA)

PAR PHARMACEUTICAL COMPANIES INC

    Defendant.

## AMENDED JUDGMENT IN A CRIMINAL CASE
### (For Offenses Committed On or After November 1, 1987)

**Date of Original Judgment:** 3/13/2013
**Reason for Amendment:** Correction of Sentence for Clerical Mistake (Fed. R. Crim. P. 36)

The defendant, PAR PHARMACEUTICAL COMPANIES INC, was represented by John Nassikas.

The defendant pled guilty to count(s) 1 of the INFORMATION on 3/5/2013. Accordingly, the court has adjudicated that the defendant is guilty of the following offense(s):

| Title & Section | Nature of Offense | Date of Offense | Count Number(s) |
|---|---|---|---|
| 21:331 | Delivering a misbranded drug into interstate commerce | 7/2005-9/2007 | 1 |

As pronounced on 3/5/2013, the defendant is sentenced as provided in pages 2 through 3 of this Judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

It is ordered that the defendant shall pay to the United States a special assessment of $125, for count(s) 1, which shall be due immediately. Said special assessment shall be made payable to the Clerk, U.S. District Court.

It is further ordered that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this Judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States Attorney of any material change in the defendant's economic circumstances.

Signed this the __16__ day of April, 2013.

MADELINE COX ARLEO
United States Magistrate Judge

AO 245C (Mod. D/NJ 12/06) Sheet 5 - Fine

Judgment – Page 2 of 3

Defendant:      PAR PHARMACEUTICAL COMPANIES INC
Case Number:   13-8080(MCA)

## FINE

The defendant shall pay a fine of $18,000,000.

This fine, plus any interest pursuant to 18 U.S.C. § 3612(f)(1), is due immediately and shall be paid in full within 7 days after sentencing.

If the fine is not paid, the court may sentence the defendant to any sentence which might have been originally imposed. See 18 U.S.C. § 3614.

Unless the court has expressly ordered otherwise, if this judgment imposes imprisonment, payment of criminal monetary penalties is due during imprisonment. All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of the court.

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) fine principal, (5) community restitution, (6) fine interest, (7) penalties, and (8) costs, including cost of prosecution and court costs.

AO 245C (Mod. D/NJ 12/06) Sheet 6 -  Forfeiture

Judgment – Page 3 of 3

Defendant:      PAR PHARMACEUTICAL COMPANIES INC
Case Number:   13-8080(MCA)

## FORFEITURE

The defendant is ordered to forfeit the following property to the United States: $4,500,000.

If the fine is not paid, the court may sentence the defendant to any sentence which might have been originally imposed. See 18 U.S.C. § 3614.

Unless the court has expressly ordered otherwise, if this judgment imposes imprisonment, payment of criminal monetary penalties is due during imprisonment. All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of the court.

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) fine principal, (5) community restitution, (6) fine interest, (7) penalties, and (8) costs, including cost of prosecution and court costs.